PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:           pamela.cogan@rmkb.com;
stacy.tucker@rmkb.com; blake.russum@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY DICKSON,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  2:16-cv-00900-KJM-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR TO RESPOND TO WRITTEN DISCOVERY |

Pursuant to Local Rule 144(a), Plaintiff Christy Dickson ("Plaintiff") and Defendant Liberty Life Assurance Company of Boston's ("Liberty") hereby submit the stipulation set forth herein for the Court's approval:

WHEREAS, Plaintiff's responses to Liberty's interrogatories, set one, and request for production of documents, set one, were initially due to be served on or before September 28, 2016;

WHEREAS, Liberty's responses to Plaintiff's interrogatories, set one, and request for production of documents, set one, were initially due to be served on or before September 30, 2016;

WHEREAS, Plaintiff and Liberty have agreed to participate in private mediation before mediator Vivien Williamson, which is scheduled for November 9, 2016;

WHEREAS, Plaintiff and Liberty agree that it would be a more efficient use of time and resources to respond to the propounded written discovery after the parties have engaged in settlement negotiations at the pending mediation set for November 9, 2016;

WHEREAS, Plaintiff and Liberty agree that the responses to the written discovery propounded to each of them shall be due to be served on or before November 23, 2016, should the matter not resolve at the November 9, 2016 mediation;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Christy Dickson and Defendant Liberty Life Assurance Company of Boston that the date by which Plaintiff's responses to Liberty's interrogatories, set one, and request for production of documents, set one, must be served has been extended, and the responses shall be due to be served on or before November 23, 2016; further, the date by which Liberty's responses to Plaintiff's interrogatories, set one, and request for production of documents, set one, must be served has been extended, and the responses shall be due to be served on or before November 23, 2016;

IT IS SO STIPULATED.

Dated: October 3, 2016                          DARRASLAW

By: */s/ Suan B. Grabarsky*
    Frank N. Darras
    Susan B. Grabarsky
    Attorneys for Plaintiff
    CHRISTY DICKSON

Dated: October 3, 2016                          ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Stacy M. Tucker*
    PAMELA E. COGAN
    STACY M. TUCKER
    BLAKE J. RUSSUM
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated: October 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE